1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   IN SEON JEONG, CSBN 291908
4  Special Assistant United States Attorney
5         160 Spear Street, Suite 800
          San Francisco, CA 94105
6         Telephone: 415-977-8984
          Facsimile: 415-744-0134
7         Email: inseon.jeong@ssa.gov
8  Attorneys for Defendant

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11

12  VICTORIA BARNEY,                    )  Case No.: 2:20-cv-00254-AC
                                        )
13            Plaintiff,                )  **STIPULATION AND [~~PROPOSED~~]**
                                        )  **ORDER TO EXTEND BRIEFING**
14       vs.                            )  **SCHEDULE**
                                        )
15                                      )
    ANDREW SAUL,                        )
16  Commissioner of Social Security,    )
                                        )
17                                      )
              Defendant.
18  _____

19

20

21

22

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to

2  extend Defendant's time to file his response to Plaintiff's summary judgment motion with the

3  Court by 21 days to **July 16, 2020**, and that all other scheduling dates set forth in the Court's

4  Case Management Order shall be extended accordingly.  This is Defendant's first request for an

5  extension of time in this matter and he requests it in good faith and without any intent to prolong

6  proceedings unduly.

7    In light of the global COVID-19 crisis, SSA is switching to new work processes, and is

8  focusing on providing the most critical services by mail, phone and online to those most in

9  need.  SSA is also taking additional steps to protect its employees and help stop the spread of

10  COVID-19, maximizing social distancing, including significantly limiting employee access to

11  SSA facilities for health and safety only and moving rapidly toward a virtual work

12  environment.  Although the agency is working diligently to provide ongoing services, including

13  legal services, there are practical implications for our litigation workloads.

14    Counsel for Defendant, as well as all the support staff in that office, works in the State of

15  California, where the governor has ordered all residents to stay home, effective March 19, 2020,

16  until further notice.  This order has led to reduced onsite staffing in Offices of the United States

17  Attorney.  Defendant's counsel coordinates closely with the United States Attorney's Office and

18  relies on that office for certain types of administrative support.  Moreover, the Governor's order

19  and the decision of the Commissioner to implement full-time telework throughout the country

20  has led to unanticipated strains on internet connectivity for SSA employees.

21    The closure of schools and state-wide movement restrictions have also impacted the work

22  schedules of members of the plaintiffs' bar, and caused many plaintiffs' attorneys to receive

23  extensions to original briefing schedules.  As the moving parties in Social Security litigation,

24  plaintiffs' extensions necessarily affect the briefing deadlines for Defendant's

25  counsel.  Defendant's counsel now has an unexpectedly large number of briefs to respond to

26  within the next fourteen days.

27    Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused

28  by this delay.

Stipulation for Extension: 2:20-cv-00254-AC          2

1

2

3   Date: *June 24, 2020*

Respectfully submitted,

OLINSKY LAW GROUP

4                                    By:    */s/ In Seon Jeong for Stuart T. Barasch* *
                                           STUART T. BARASCH
5                                          *Authorized by email on June 24, 2020*
                                           Attorney for Plaintiff
6

7

8

9   Date: *June 24, 2020*                  McGREGOR W. SCOTT
                                           United States Attorney
10                                         DEBORAH LEE STACHEL
                                           Regional Chief Counsel, Region IX
11

12                                   By:   */s/ In Seon Jeong*
                                           IN SEON JEONG
13                                         Special Assistant United States Attorney
                                           Attorneys for Defendant
14

15                                         <u>ORDER</u>

16

17
            APPROVED AND SO ORDERED
18

19

20

21  DATED: June 30, 2020

                                           ALLISON CLAIRE
22                                         UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28