McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
IN SEON JEONG, CSBN 291908
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8984
    Facsimile: 415-744-0134
    Email: inseon.jeong@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| VICTORIA BARNEY,<br><br>        Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:20-cv-00254-AC<br><br>**STIPULATION AND [PROPOSED] ORDER THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

1    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of FOUR THOUSAND SEVEN HUNDRED SEVENTEEN dollars and TWENTY FIVE cents ($4,717.25) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) AND no costs under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Olinsky Law Group, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Olinsky Law Group.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Olinsky Law Group to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

This stipulation also serves as notice that Plaintiff withdraws his Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. 19).

Stipulation for EAJA Fees: 2:20-cv-00254-AC            2

Date: *January 7, 2021*                              OLINSKY LAW GROUP

                                       By:   */s/ In Seon Jeong for Stuart T. Barasch* *
                                               STUART T. BARASCH
                                              **Authorized by email on* *January 7, 2021*
                                              Attorneys for Plaintiff


Date: *January 7, 2021*                              McGREGOR W. SCOTT
                                                     United States Attorney
                                                     DEBORAH LEE STACHEL
                                                     Regional Chief Counsel, Region IX

                                       By:   */s/ In Seon Jeong*
                                              IN SEON JEONG
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED


DATED:   *January 8, 2021*                   _____
                                             ALLISON CLAIRE
                                             UNITED STATES MAGISTRATE JUDGE